**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6990**

ANTHONY MOORE,

             Petitioner - Appellant,

      v.

WARDEN TIMOTHY STEWART,

             Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:15-cv-02440-GJH)

Submitted:  December 20, 2017                          Decided:  January 9, 2018

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Anthony Moore, Appellant Pro Se. Kelly O. Hayes, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Moore, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 (2012) petition and denying his motion to reconsider. We have reviewed the record and find no reversible error. Moore has failed to satisfy his burden of demonstrating that 28 U.S.C. § 2255 (2012) is an inadequate or ineffective means of challenging the validity of his detention. *See Rice v. Rivera*, 617 F.3d 802, 807 (4th Cir. 2010); *United States v. Poole*, 531 F.3d 263, 267 n.7 (4th Cir. 2008). As such, the district court lacked jurisdiction over Moore's petition. *Rice*, 617 F.3d at 807. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's orders. However, we modify the dismissal order, *Moore v. Stewart*, No. 8:15-cv-02440-GJH (D. Md., filed Sept. 15, 2016 & entered Sept. 16, 2016), to reflect a dismissal without prejudice for lack of jurisdiction, and affirm the dismissal as modified, 28 U.S.C. § 2106 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*